IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>PAMELA EDWARDS,<br><br>                Defendant. | 8:20CR228<br><br>**ORDER ON APPEARANCE FOR SUPERVISED RELEASE VIOLATION** |

      The defendant appeared before the Court on October 13, 2023 regarding Petition for Offender Under Supervision [72].  Yvonne Sosa represented the defendant.  Kimberly Bunjer represented the government.  The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

      The defendant freely, knowingly, intelligently, and voluntarily waived the right to a preliminary hearing.  Fed. R. Crim. P. 32.1(b)(1)(A).  The Court finds probable cause as alleged in the petition to believe the defendant violated the terms of supervised release and the defendant should be held to answer for a final dispositional hearing.  Fed. R. Crim. P. 32.1(b)(1)(C).  The defendant shall appear personally for a final dispositional hearing before U.S. District Judge Brian C. Buescher in Courtroom No. 5, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 10:30 a.m. on November 16, 2023.

      The Defendant filed a Motion to be released and the government did not object to the proposed release plan.  The defendant shall be released on October 17, 2023 on the current terms and conditions of supervision.  On Tuesday, October 17, 2023, at 9:00 a.m. the Defendant is to be released from the United States Marshal custody at the Lincoln County Jail to, Daniel Schmidt, who shall directly transport Defendant to The Bridge "A Mom and Me" Residential Treatment Program in Hastings, NE.  A separate order shall issue.

      **IT IS SO ORDERED**.

      Dated this 13th day of October, 2023.

      BY THE COURT:

      s/ Susan M. Bazis
      United States Magistrate Judge